UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEALTH VINCENT FULKERSON, | Case No.: 3:20-CV-00419-RCJ-WGC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |
| vs. | |
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL, | |
| Defendant. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on August 18, 2020, recommending that the Court grant Plaintiff's IFP Application (ECF No. 1).  On August 21, 2020, Plaintiff filed Objections to Magistrate Judge's Report (ECF No. 4).

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 3), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** Plaintiff's IFP Application (ECF No. 1) is **GRANTED**. Plaintiff is permitted to maintain this action without prepaying the filing fee or giving security therefor. This order granting IFP status does not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge